CLERK'S OFFICE U.S. DIST. COURT.
AT ROANOKE, VA
FILED

NOV 1 7 2015

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| OWAIIAN M. JONES,<br>Plaintiff, | ) <br> ) <br> ) | Civil Action No. 7:15-cv-00626 |
| v. | ) <br> ) | **ORDER** |
| RAPPAHANNOCK REGIONAL<br>JAIL, et al.,<br>Defendants. | ) <br> ) <br> ) <br> ) | By:  Hon. Michael F. Urbanski<br>       United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

### ORDERED

that the complaint is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g) and the

action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to

Plaintiff.

ENTER: This ___16th___ day of November, 2015.

/s/ Michael F. Urbanski

United States District Judge